# MOTION HEARING

Date: 11/10/2022                              Judge:         Michael S. Nachmanoff
                                              Reporter:      Diane Salters
Start:  11:14 am                              Deputy Clerk:  Lynnelle Creek
Finish: 11:34 am

**Civil Action Number:  1:22-cv-798**

**Patrick Harders**

vs.

**Peter Candland**

Appearance of Counsel for (✓)Pltf - (Benjamin Andrews)
                         (✓) Deft- (Robert Skoff)

Motion to Dismiss (Dkt.5)
- Plaintiff has leave to file amended complaint within 14 days.
- Matter is dismissed without prejudice.

---

Argued &
(✓) Granted   ( ) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement   ( ) Continued to

---

( ) Report and Recommendation to Follow
(✓) Order to Follow