IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PATRICK R. HARDERS
        Plaintiff,

v.

PETER K. CANDLAND,
        Defendant.

No. 1:22-cv-798-MSN-JFA

### ORDER

This matter comes before the Court on Defendant Peter K. Candland's Motion to Dismiss for Failure to State a Claim (Dkt. No. 5). Having reviewed the motion, opposition, the reply thereto, the arguments of counsel, and for the reasons stated in open court, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (Dkt. No. 5) is **GRANTED**; it is further

**ORDERED** that Plaintiff is hereby granted leave to file an Amended Complaint within fifteen (15) days; it is further

**ORDERED** that this matter shall be dismissed if Plaintiff does not file an Amended Complaint on or before November 25, 2022.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

November 10, 2022
Alexandria, Virginia